AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF

## EXHIBIT AND WITNESS LIST

V.

Case Number: 1:07MJ99A

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Almond. | Dambruch | |
| **TRIAL DATE (S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| 9-24-07 | Tape | Noel |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 9-24 | I.D. | Full. | photo - eastern boundary /Steniger |
| 2 | | | ID | Full | photo - From inside boundary " |
| 3 | | | ID | Full | photo - close-up boundary " |
| 8 | | | ID | Full | Boundary sign " |
| 5 | | | I.D. | Full. | Field citation " |
| 6 | | | ID | Full | memo of understanding. " |
| 7 | | | I.D. | Full | extension memo of agreement. " |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.