# PETTY OFFENSE DOCKET SHEET AND JUDGMENT ORDER

REPORT: 09/28/2007

FOR 9/24/07 AT 10:00 AM

MAGISTRATE JUDGE: HON. LINCOLN D. ALMOND
HEARING SITE: DISTRICT: DISTRICT OF RHODE ISLAND

| LOC / VIOL NO. / ORIGINAL AMT / BALANCE DUE | HRG TYPE | DEFENDANT NAME / ADDRESS | OFFENSE | ISSUED | OFFICER | FTA CODE | NARRATIVE | PROCESSING FEE | SPECIAL ASSESS. | FINE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RI30<br>W0963634<br>$0.00<br>$0.00 | M | GUERTIN, ARTHUR R<br>EXETER, RI 02822<br>SSN# | INTERFER W/AN OFFICER<br>DRIVERS LIC.# ST: | 04/24/2007 | STENIGER | TD | | $25 | | | |
| RI30<br>W0963635<br>$0.00<br>$0.00 | M | GUERTIN, ARTHUR R<br>EXETER, RI 02822<br>SSN# | TRESPASSING/RESTRICTED AREA<br>DRIVERS LIC.# ST: | 04/24/2007 | STENIGER | TE | Due within 30 days | $25 | | $100 | $125.00 |
| | | SSN# | DRIVERS LIC.# ST: | | | | | | | | |
| | | SSN# | DRIVERS LIC.# ST: | | | | | | | | |
| | | SSN# | DRIVERS LIC.# ST: | | | | | | | | |
| | | SSN# | DRIVERS LIC.# ST: | | | | | | | | |

TAPE NUMBER(S) ____________

SIGNATURE OF JUDICIAL OFFICIAL: [signature] USMJ DATE: 10/1/07

TIME IN COURT: HOURS: 1 MINUTES: ____________