Case 1:07-mj-00099-LDA Document 4 Filed 10/01/2007 Page 1 of 1

AO 245H (Rev. 12/03) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
GUERTIN, ARTHUR R

EXETER, RI 02822

**JUDGMENT IN A CRIMINAL CASE**
**(For a Petty Offense)** — Short Form

CASE NUMBER: RI30 W0963635

USM NUMBER: N/A

N/A - Pro Se
Defendant's Attorney

**THE DEFENDANT:** GUERTIN, ARTHUR R

☐ **THE DEFENDANT** pleaded guilty to count(s) ______

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 16 USC 668 dd(f)(2) | Trespassing: Entering Closed Area | 4/24/07 | W0963635 |

☑ Count(s) W0963634 ☑ is ☐ are dismissed

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** 125.00 | $ | $ 100.00 | $ 25.00 |

Defendant's Soc. Sec. No.: ______

Defendant's Date of Birth: ______

Defendant's Residence Address:
Exeter, RI 02822

Defendant's Mailing Address:
Exeter, RI 02822

9/24/07
Date of Imposition of Judgment

[signature]
Signature of Judge

LINCOLN D. ALMOND, U.S. Magistrate Judge
Name and Title of Judge

9/28/07
Date